IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-348-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MAMADY FADIMA CONDE, )<br>)<br>Defendant. ) | **ORDER** |

The United States SHALL respond to defendant's motion for a sentence reduction [D.E. 180] not later than January 30, 2026.

SO ORDERED. This 17 day of December, 2025.

JAMES C. DEVER III
United States District Judge