IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-348-D
No. 5:24-CV-628-D

MAMADY FADIMA CONDE,               )
                                   )
                    Petitioner,    )
                                   )
        v.                         )
                                   )                ORDER
UNITED STATES OF AMERICA,          )
                                   )
                    Respondent.    )

On February 27, 2026, Mamady Fadima Conde filed a motion to sanction for violation of

court rules [D.E. 200]. The motion [D.E. 200] is DENIED as meritless.

SO ORDERED. This _2_ day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge