IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-348-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAMADY FADIMA CONDE, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | | |

The court DENIES as meritless defendant's motion for reconsideration [D.E. 207]. Cf.

[D.E. 200].

SO ORDERED. This 13 day of March, 2026.

JAMES C. DEVER III
United States District Judge